FILED

AUG 22 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

Plaintiff: Lowell Green #00518622

Case No. SA23CA1051 XR

v.

Defendant: Philip Devlin, et al.

please see attached Complaint

August 10, 2023                          Page 1 of 2

1. The Clerk shall file all pleadings 17-50165, Philip Delvin and produce all of Plaintiff Documents 6:16-cv-424-RP, 704 F.App 386 (W.D.Tex. Feb. 13, 2016)

2. Lowell Quincy Green: 6:15-cv-285 (WR-82,981-02),

3. DR-0343-14, 2DA 04-13-00456-CR Fourth Court of Appeals ~~Original Proceeding~~ & 5:18-cv-1094 Green v Fourth Court of Appeals 19-50089 (FALSE IMPRISONMENT)

5. The FBI Can Charge Fred Briery with RICO, 5:23-cv-107, 23-50235 he shall produce all documents, and automatic recuse, 18USC 8401(1)(2012)(Contempt)
Lowell Green / Lowell Green 8/18/2023

SUPREME COURT OF THE UNITED STATES OF AMERICA has jurisdiction July 17, 2023, (5:23-cv-109) (WR-82,901-M)(2012-709-(2) 6:17-cv-295) 17-50973, PPR-034314 COA NO. 04-13-00456-CR (Fourth Court of Appeals) San Antonio, (5:18-cv-1094) 19-50089 (5th Cir.) Ignorance of the law is not excusable for a Judge under Oath, it's Treason, per se, 23-50235 (5:23-cv-107)(Obstruction, lying, usurpation, trespassing, assault and battery and Fred Biery is amenable. Leclerc v. Webb, 419 F.3d 405, 414 (5th Cir) (Fred Biery is sued in his individual capacity, Carlson v. Green, 446 U.S. 14-22 (1980) Automatic